412

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OTIS ELDER (Impleaded), Defendant-Appellant.

(No. 58391;

First District (1st Division)—January 28, 1974.

PER CURIAM.

EGAN, P. J., took no part.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer and Suzanne M. Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.